UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   WAYNE K. MCLEOD &               Case No. 17-48416
         TRACY J. GIVENS-MCLEOD,         Chapter 13
                        Debtors.         Hon. Mark A. Randon
_____/

**OBJECTION BY THE UNITED STATES
TO CONFIRMATION OF DEBTORS' PROPOSED PLAN**

The United States of America, by its attorneys, Acting United States Attorney, Daniel L. Lemisch, and Assistant United States Attorney, Kevin R. Erskine, on behalf of the Internal Revenue Service (IRS), objects to the confirmation of the debtors' plan for the following reasons:

1. Debtors filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code and filed this plan on June 5, 2017.

2. The IRS timely filed a Proof of Claim on July 19, 2017 [Claim 2-1]. The Proof of Claim is in the amount of $101,633.18 and consists of a secured claim of $21,145.00, a priority claim of $44,666.64, and a general unsecured claim of $35,821.54.

3. The plan does not recognize that the IRS has a secured claim. The IRS's secured claim is in the amount of $21,145.00 and is a Class 5.1 claim that must be paid in full through the plan, in equal monthly payments, with the IRS to retain

1

its liens and to receive interest at the IRC rate in effect on the date of confirmation (currently 4%). *See* 11 U.S.C. § 1325(a)(5)(B).

4. The United States further objects to confirmation because the proposed Chapter 13 plan fails to provide for payment of the priority tax liabilities as stated on the IRS's proof of claim. The IRS's priority claim is currently listed as $44,666.64 and, to be confirmed, the debtors' plan must provide for the full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 1322(a)(2).

5. The proposed Chapter 13 plan lacks feasibility. Based on the debtors' own numbers, when taking into account the claims not properly scheduled, together with those that are properly scheduled, the plan is not feasible. The debtors have no apparent source of funding to make up the shortfall.

WHEREFORE, the United States respectfully requests that this Court deny confirmation of debtors' plan for the forgoing reasons and grant such further and additional relief as deemed just and appropriate.

                                                DANIEL L. LEMISCH
Dated: August 8, 2017                  Acting United States Attorney

                                                /s/Kevin R. Erskine
                                                KEVIN R. ERSKINE
                                                Assistant U.S. Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, Michigan  48226
                                                Phone: (313) 226-9610
                                                Email: kevin.erskine@usdoj.gov
                                                P69120

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: WAYNE K. MCLEOD &     Case No. 17-48416
       TRACY J. GIVENS-MCLEOD,     Chapter 13
                    Debtors.     Hon. Mark A. Randon
_____/

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 8, 2017, I electronically filed the Objection By The United States To Confirmation Of Debtors' Proposed Plan using the ECF System which will send notification of such filings to all counsel of record.

                                  DANIEL L. LEMISCH
                                  Acting United States Attorney

                                  /s/Kevin R. Erskine
                                  KEVIN R. ERSKINE
                                  Assistant U.S. Attorney
                                  211 W. Fort Street, Suite 2001
                                  Detroit, Michigan 48226
                                  Phone: (313) 226-9610
                                  Email: kevin.erskine@usdoj.gov
                                  P69120

1